## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Piedmont Airlines, Inc. and New Hampshire Insurance Company c/o Sedgwick Claims Management Services, Inc., | : : : : | |
| Petitioners | : : | |
| v. | : : | No. 468 C.D. 2018 |
| Workers' Compensation Appeal Board (Watson), | : : | |
| Respondent | : | |

# **O R D E R**

NOW, October 3, 2018, upon consideration of petitioners' application for reconsideration/reargument, and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge
